UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michele Sumara,

    Plaintiff,                                  Case No. 2:10-10966

v.                                               Honorable Sean F. Cox

Flagstar Bancorp, Inc., *et al.*,

    Defendants.

_____/

## **ORDER GRANTING PLAINTIFF'S**
## **MOTION FOR SECOND AMENDMENT TO COMPLAINT**

On October 1, 2010, Plaintiff filed a Motion for Second Amendment to Complaint. (Docket Entry No. 13). Defendants did not file a response brief opposing the motion within the time period for doing so.

Under the current Scheduling Order in this matter, discovery does not close until February 25, 2011, and the deadline for filing motions is March 24, 2011. Given the liberal standard for amendment of pleadings, and the current stage of this litigation, this Court issued an order requiring Defendants to show cause, in writing, no later than November 9, 2010, why Plaintiff's unopposed motion should not be granted. Defendants did not file a response to the Show Cause Order.

Accordingly, IT IS ORDERED that Plaintiff's unopposed motion seeking to file an Second Amended Complaint is GRANTED. Plaintiff shall file her Second Amended Complaint within ten (10) days of the date of this Order.

IT IS SO ORDERED.

                                                        S/Sean F. Cox  
                                                        Sean F. Cox  
                                                        United States District Judge

Dated: November 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 16, 2010, by electronic and/or ordinary mail.

                                                        S/Jennifer Hernandez  
                                                        Case Manager